Jonathan P. LaCour, Esq. (SBN: 285098)
Lisa Noveck, Esq. (SBN: 316660)
**EMPLOYEES FIRST LABOR LAW P.C.**
65 N. Raymond Avenue, Suite 260
Pasadena, California 91103
Telephone: (310) 853-3461
Facsimile: (949) 743-5442
Email:   jonathanl@pierrelacour.com
         lisan@pierrelacour.com

Attorneys for Plaintiff, LAUREE GODWIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREE GODWIN, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>BENNY HINN MINISTRIES, an entity of unknown form; BENNY HINN, an individual; DON PRICE an individual: and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 8:21-cv-00555-JLS-DFM<br><br>*Assigned for all purposes to the Honorable Josephine L. Staton*, Dept. 10A<br><br>**PLAINTIFF LAUREE GODWIN'S ACCEPTANCE OF DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 68 OFFER OF JUDGMENT** |

## NOTICE OF ACCEPTANCE OF OFFER TO COMPROMISE
## TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

Pursuant to *Federal Rules of Civil Procedure Rule* 68, Plaintiff Lauree Godwin accepts Defendants World Healing Center Church, Inc. d/b/a Benny Hinn Ministries, Benedictus Hinn, and Donald Price's offer to allow entry of judgment to be taken against them and in favor of Plaintiff, in the sum of Thirty Thousand Dollars ($30,000.00) plus reasonable costs and reasonable attorneys' fees. See Exhibit A for Defendants' *Federal Rules of Civil Procedure Rule* 68 Offer of Judgment to Plaintiff, which Plaintiff has accepted.

DATED: May 5, 2021                **EMPLOYEES FIRST LABOR LAW**

                                        ___/S/ Jonathan P. LaCour_____
                                        Jonathan P. LaCour, Esq.
                                        *Attorney for Plaintiff, Lauree Godwin*

# EXHIBIT A

Zachary A. Bulthuis (SBN 223825)
**HUNTINGTON LEGAL SOLUTIONS**
17011 Beach Blvd., Ste. 900
Huntington Beach, CA 92647
Telephone: (213) 268-3518
Facsimile: (714) 455-5754
zbulthuis@huntingtonls.com

Attorneys for Defendants World Health Center Church, Inc.,
d/b/a Benny Hinn Ministries, Benedictus Hinn, and Donald Price

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREE GODWIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BENNY HINN MINISTRIES, an entity of unknown form; BENNY HINN, an individual; DON PRICE, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-00555-JLS-DFM<br><br>**Judge: Hon. Josephine L. Staton**<br>**Magistrate: Douglas F. McCormick**<br><br>**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

**TO PLAINTIFF LAUREE GODWIN AND HER ATTORNEYS OF RECORD:**

Defendant Defendants World Healing Center Church, Inc., d/b/a Benny Hinn Ministries; Benedictus Hinn; and Donald Price (collectively "Defendants") hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of plaintiff Lauree Godwin ("Plaintiff") and against Defendants, jointly and severally, in the sum of $30,000.00, plus reasonable costs and reasonable attorneys' fees accrued on the date of this offer.

This shall be the total amount to be paid by Defendants on account of any liability claimed in this action.

If Plaintiff does not accept this offer, she may become obligated to pay Defendants' costs incurred after the making of this offer, and may be barred from collecting costs, including attorneys' fees, incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within ten (10) days of the date this offer is made.

This offer is not an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a disputed claim.

DATED: April 28, 2021                    HUNTINGTON LEGAL SOLUTIONS

By: _____
Zachary Bulthuis
Attorneys for Defendants

# **PROOF OF SERVICE**

I am over the age of eighteen years, not a party to this action, and my business address is 17011 Beach Blvd. Ste. 900, Huntington Beach, CA 92647, and my electronic service address is zbulthuis@HuntingtonLS.com.

On the date indicated below, I served the following document(s):

**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

on the parties listed below as follows:

Jonathan P. LaCour, Esq.
Lisa Noveck, Esq.
Employees First Labor Law P.C.
65 N. Raymond Ave., Suite 260
Pasadena, CA 91103
jonathanl@pierrelacour.com
lisan@pierrelacour.com

X BY FIRST CLASS MAIL, by placing, or directing to be placed, a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

X BY ELECTRONIC SERVICE: Consistent with the local rules, CRC 2.251, and California Code of Civil Procedure Emergency Rule 12, I caused the document(s) to be transmitted to the email address(es) of the recipients as identified above and/or served the parties above using the Court's electronic service system.

__ BY HAND-DELIVERY: By causing delivery by ASAP Legal, LLC, I caused delivery of a true copy of the foregoing document(s) in a sealed envelope by hand to the address above.

X (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date: 4/28/21

_____
Zachary Bulthuis

1

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is: 225 S. Lake Ave., 3rd Floor, Pasadena, CA 91101.

On May 5, 2021, I served the foregoing document described as:

**PLAINTIFF LAUREE GODWIN'S ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

on all interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [*CCP* §1013a]

☐ **BY MAIL:** I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Pasadena, California.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees as listed on the service list.

☐ **BY OVERNIGHT MAIL:** I arranged for such envelope to be delivered via Federal Express-Priority Overnight to the addressees as listed on the service list.

☐ **BY FACSIMILE:** In addition to regular mail, I sent this document via facsimile to the numbers as listed on the following service list and pursuant to *CCP* §1013(e). Such transmissions were complete with no errors reported.

☒ **BY ELECTRONIC SERVICE:** Pursuant to *CCP* §1010.6(C)(2) and *California Rules of Court*, Rule 2.250, I also caused such documents to be served electronically at the e-mail addresses stated on the attached service list. Such e-mail transmissions were complete with no errors reported.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2021, at Pasadena, California.

　　　　　　　　　　　　　　　／S/ Jessica Galindo　　　　　　　
　　　　　　　　　　　　　　　Jessica Galindo

-1-

**GODWIN V. BENNY HINN MINISTRIES, ET AL.**

# SERVICE LIST

LAUREE GODWIN v. BENNY HINN MINISTRIES, ET AL.

Case No.: 8:21-cv-00555-JLS-DFM

Zachary A. Bulthuis
Huntington Legal Solutions
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
*zbulthuis@HuntingtonLS.com*