# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lauree Godwin | CASE NUMBER: |
| | |
| PLAINTIFF | SACV 21-00555-JLS (DFMx) |
| v. | |
| World Healing Center Church, Inc. | **JUDGMENT** |
| | |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on ___May 5, 2021___ as docket number __11_____ (the "Offer of Judgment"), judgment is hereby entered for

_Plaintiff Lauree Godwin_____

and against

_All Defendants_____

according to the terms set forth in the Offer of Judgment.

Date: _May 7, 2021_____          By: _Melissa Kunig_____

                                          Deputy Clerk