# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREE GODWIN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BENNY HINN MINISTRIES, an entity of unknown form; BENNY HINN, an individual; DON PRICE, an individual, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 8:21-cv-00555-JLS-DFM <br><br> **ORDER VACATING JUDGMENT AND DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the Parties' Stipulation, **IT IS HEREBY ORDERED** that the judgment entered in the captioned action, including the award of Attorneys' Fees, be vacated pursuant to Federal Rule of Civil Procedure 60.

**IT IS FURTHER ORDERED** that the above captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED:**

Dated: January 28, 2022

_____
HON. JOSEPHINE STATON
UNITED STATES DISTRICT JUDGE